IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KELLY WALTERS,

        Plaintiff,                    No. CIV S-02-1784 DFL JFM P

    vs.

R. CASTRO, et al.,

        Defendants.             ORDER TO SHOW CAUSE

_____/

        By order filed May 26, 2005, this court directed the Clerk of the Court to forward a subpoena and written deposition questions to Andrew Cochrane, M.D. and directed Dr. Cochrane to return verified responses to the questions within thirty days thereafter. The court's May 26, 2005 order, the subpoena, and the written deposition questions were returned undelivered. On June 21, 2005, the documents were reserved on Dr. Cochrane. More than thirty days has passed and Dr. Cochrane has not responded in anyway to the court's May 26, 2005 order.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within ten days from the date of this order Dr. Andrew Cochrane shall show cause why he should not be required to respond to written deposition questions in person at the United States District Court, 501 I Street, Sacramento, California 95814;

1

1    2. The order to show cause will be discharged if verified written responses are
2 received not later than fifteen days from the date of this order; and
3    3. The Clerk of the Court is directed to serve a copy of this order by certified
4 mail, return receipt requested, on Andrew Cochrane, M.D., North Coast Ophthalmology Medical
5 Associates, 2840 Oneil Lane, Eureka, CA 95503.
6 DATED: July 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
walt1784.osc2