IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KELLY WALTERS,

      Plaintiff,                       No. CIV S-02-1784 DFL JFM P

    vs.

R. CASTRO, et al.,

      Defendants.               ORDER

_____/

        By order filed July 28, 2005, this court directed Andrew Cochrane, M.D. to show cause in writing why he should not be required to respond in person to written deposition questions previously served on him pursuant to order of this court. On August 4, 2005, Dr. Cochrane filed a written response to the order to show cause in which he states that he returned responses to the questions within about a week of receiving them.  Since the responses have not been received by the court, he requests another copy of the questions and represents that he will again respond to the questions and return the responses to the court by Federal Express.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The July 28, 2005 order to show cause is discharged;

        2. The Clerk of the Court is directed to serve a copy of this order, together with a copy of the court's May 26, 2005 order (document # 263) and the written deposition questions

1

1  (document # 163)  on Andrew Cochrane, M.D., North Coast Ophthalmology Medical Associates,
2  2840 Oneil Lane, Eureka, CA 95503; and
3              3.  Within thirty days from the date of this order, Dr. Cochrane shall file verified
4  written responses to the deposition questions.
5  DATED:  August 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
walt1784.osc2dis