IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KELLY WALTERS,

      Plaintiff,                      No. CIV S-02-1784 DFL JFM P

      vs.

R. CASTRO, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to court order, Dr. Andrew Cochrane has filed written responses to the deposition by written questions authorized by prior order of this court. Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to serve a copy of Dr. Cochrane's written responses, filed August 18, 2005, on all parties to this action.

DATED: August 29, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

12
walt1784.414r