IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KELLY WALTERS,

        Plaintiff,                      No. CIV S-02-1784 DFL JFM P

    vs.

R. CASTRO, et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 20, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed March 20, 2006 are adopted in full;

2. The October 5, 2005 motion for summary judgment of defendants Barkley, Baron, Castro, Gillett, Hlusak, Hooper, Martin, O'Barr, Sandham, Srikureja and Wilson is granted;

3. Plaintiff's March 10, 2006 request for voluntary dismissal of defendant Gordon Gilkes is granted; and

4. This case is closed.

DATED: April 4, 2006.

_____
DAVID F. LEVI
United States District Judge